Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





December 1, 2014

No. 04-14-00574-CV

In the Interest of R.E.S. and R.K.S., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

# ORDER

In this Court's Order of September 24, 2014, appellate deadlines in this case were suspended until November 10, 2014, and the parties were ordered to mediation with Michael W. Jackson. Appellant has filed a letter asking for an abatement extension of fifteen to twenty days to attempt to finalize the negotiations that are ongoing.

The request is granted. Appellate deadlines in this case are hereby suspended until **December 12, 2014. No further extensions will be granted in this case.**

It is so **ORDERED** on December 1, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk